No. 85–6784. SAMPLES v. KEENEY, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 85–6786. RICHARDSON v. LOUISIANA STATE PAROLE BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6787. RUSSO v. HARTIGAN, ATTORNEY GENERAL OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 85–6788. PENDLETON v. NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir. Certiorari denied.

No. 85–6795. YARBOROUGH v. YARBOROUGH. Fam. Ct. of Darlington County, S. C. Certiorari denied.

No. 85–6800. TARKOWSKI v. WOLFF ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–6804. LOVE v. YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION. C. A. 7th Cir. Certiorari denied.

No. 85–6805. GREENE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6808. WRIGHT v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 85–6809. MARTINEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–6810. HERSHIPS v. FOUNDERS TITLE CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–6811. DIEBOLD v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 85–6814. SMITH v. NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied.